# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4682
_____

JEROME HAYES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

August 14, 2019

PER CURIAM.

AFFIRMED.

WOLF, B.L. THOMAS, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jerome Hayes, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.